UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:20-CR-87-FL
No. 4:20-CR-90-FL
No. 4:20-CR-98-FL

FILED IN OPEN COURT
ON 12/1/2020
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA )
)
v. )  ORDER GRANTING
)  GOVERNMENT MOTION FOR
)  WHISTLEBLOWER AWARD
PACIFIC CARRIERS LIMITED )

THIS CAUSE came before the Court on the Government's Motion for Whistleblower Award. After reviewing the motion, the Court finds good cause in its discretion to GRANT the Motion. The Court hereby ORDERS that an award of $1,000,000.00 (USD) be paid to Hong Guang Li from the fine proceeds in this case once the second fine payment is received, which is due thirty days after sentencing. It is further ORDERED that the Government provide to the Clerk of Court the banking information required to complete the payment to Hong Guang Li via electronic means.

So ordered this the 1st day of December, 2020.

LOUISE W. FLANAGAN
United States District Judge